FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

2018 MAR 16 PM 1:38

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

<u>CIVIL RIGHTS COMPLAINT FORM
FOR FCCC RESIDENTS</u>

CASE NUMBER: 2:18-CV-177-FtM-38MRM

Jerome W. Wagner 990330

(Enter full name of Plaintiff)

v.

State of Florida government Jeb Bush - Attorney general Janet Reno
Pinellas county Sheriffs ofc. Everette Rice sheriff
Linda K. Hilliard Homicide Division Pinellas county sheriffs office
State Attorney's office Pinellas county Florida Bernie McCabe

(Enter full name of each Defendant. If additional space
is required, use blank area directly to right)
_____/

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT DETAINMENT: Florida civil committment center
(Indicate the name and location)    Desoto county Arcadia, Florida

II. Have you had your Jimmy Ryce Trial? ✓ YES _____ NO

1

III. To the extent there are administrative remedies available at the FCCC, what steps have you taken at the FCCC in attempt to remedy the alleged violation(s)? Please attach any supporting documentation.

I spoke with my clinician about my case I told him I wasn't guilty of my charge. I was asked to consent to TREATMENT And Nothing was done about my complaints. I was Totally ignored and accused of being delusional.

III. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing addresses in the second blank.

A. Name of Plaintiff: Jerome William Wagner # 990330

   Mailing Address: F.C.C.C. 13619 S.E. Hwy 70

   Arcadia, Florida 34266

In Part B of this section, indicate the full name of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for names, addressees, positions and places of employment.

B. Defendant: Linda K. Hilliard

   Mailing Address: P.O. Drawyer 2500

   Largo, Florida 33779

   Position: Detective Homicide Division

   Employed at: Pinellas County Sheriffs Office

C. Defendant: Bernie McCabe

   Mailing Address: 14250 49th Street North

2

                           ~~[redacted]~~ Clearwater, FLA 33762

Position: State Attorney

Employed at: Pinellas County Florida Courthouse

D. Defendant: Jeb Bush

Mailing Address: 1st Capital Place - State Office Building - Tallahassee, FL 32399

Position: government

Employed at: State of Florida

E. Defendant: Janet Reno

Mailing Address: 1st Capital Place, State Office Building Tallahassee, Florida 32399

Position: Attorney General

Employed at: State of Florida

F. Defendant: Everette Rice

Mailing Address: P.O. Drawyer 2500 Largo, Florida 33779

Position: Sheriff

Employed at: Pinellas County Sheriffs Office

G. Defendant:

Mailing Address:  _____

_____

Position:  _____

Employed at:  _____

IV. STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

I was Arrested and charged with a 2nd Degree Felony of Sexual Battery, and Denied a Trial by Jury, and a bench Trial, was only offered a plea bargain, when the state never had any evidence or witnesses to prove the crime, The Victim couldn't Identify me as the Attacker by a photograph from a police Mug Shot.

V. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each named Defendant was involved. DO NOT MAKE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved
2. Date(s)
3. Place(s)
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.* physical injury or how you were harmed by the acts of the defendant(s)).

Linda K. Hilliard was the Law Enforcement officer investigating the case on November 1st 1997 at Tiki Village Trailer Park

4

lot 2 in Pinellas County, St. Petersburg, Florida. She went trailer to trailer asking questions, but no one could give her information because they all appeared to be intoxicated, and never saw anyone or anything strange happening in their trailer park where they lived at. Linda K. Hilliard then showed up at AMERIA TEMPS in St. Petersburg Florida on the 2nd of November 1997 and pulled me from a crowd of people for questioning. When I Jerome W. Wagner went to see what she wanted, she put me in handcuffs, behind my back, refused to let me talk to a Lawyer, told me I wasn't under arrest, but then she called a squad car to transport me to Largo to the Sheriffs office, never read me my rights wouldn't let me appear on my own. Once there they took me to the 3rd Floor of Homicide Division, and told me what they already knew about me, and what I had done wrong. They made me confused, told me to repeat what they asked me during the questioning in my own words. To this day I remember my words being slurred, and I couldn't think straight, I remember them putting words in my mouth and then asking me to repeat them back to them. I did as I was asked to do. As it turned out they had a video camera on me during the questioning, but had it hidden out of view where I couldn't see it and told me there wasn't one. But as it turned out one showed up in evidence on the Law Enforcement Discovery. I remember Ruth Reid inviting me to her trailer to keep her company, then she asked me for money after I gave it to her she

5

Took her clothes off, and wanted sex, I asked her to get doggy style on the edge of the bed, and she did, I took my clothes off from the waiste down, but couldn't get an errection because she had a 22 bullet hole in her rectum and it scared me because I heard glass break by the livingroom couch and then Ruth Reid just started screaming help-help, he said he was going to kill me, and come back and do this all over to me again, she even deficated in the toilet in her trailer restroom, and in her shorts. DNA was forced out of me, and photo's were taken of my chest with my shirt off, by foreincies and then I was Transported to the pinellas county Jail on (1) count of sexual battery, a 2nd degree felony, my bond was only 500 dollars. I couldn't make the bond. Turtle S.R. owed me money, but refused to bond me out, which is where I worked at before Jail. once in Jail I was isolated from the compound, placed on suicide status, then Reddot status. I was placed in isolation, and fed cold food, placed in a shroud, and only given a mattress to sleep on. medication was rijected and only one shower was given to me in 358 days. I wasn't allowed out of my room for anything, no privacy, a video camera was on me 24/7. when I went to court, 2 oficiers had to be at my left and right side at all times I was in chains and shackles. I was only given a plea bargain the bench trial and Jury trials were denied.

I Filed a Habeas corpus To Take my case back to court, I mailed it out to the County Clerks office of Pinellas County to withdraw my plea of guilty, to NOT guilty the court received the case, and sent me a case Number, but then Janet Dotterweich went looking for the Habeas corpus, found it in the 6th Judicial circuit court in Pinellas County copied it, using my statements on the Ruth Reid case to re-write another habeas corpus for her son Bruce Dotterweich, then executed a 38 year prison sentence on him, and adjudicated him ⎯ INNOCENT getting him released in 2003 on Jerome Wagner's release papers that came to F.C.C.C.M then Janet put a code as a Social Security No#. which was a murder case ⑦ No# from Indiana

As Jerome Wagner's². but tried to hide from it all these years making Jerome's life pure hell.

3 0 3     8+8     4+3    6+4
~~#~~  ~~#~~
60       16       7       10

Case Number 6016710 It's a murder case from 1975 in Dubois County Huntingburg, Indiana.

An arson fire that killed one person and she thought she had me in it

She's very Jealous of me

Jerome William Wagner
3-12-18

Everyone on this civil rights ~~complain~~ complaint was in office (8) when all this happened. That's why their names were used.

VI. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I want my Release To be granted  I want The state to pay me 900 zillion Tad mill

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 12Th day of March, 2018.

Jerome W. Wagner
(Plaintiff's Signature)

7